# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Leo R. Chase | Chapter: 13 |
| Debtor, | Case No: 19–13659 |
| | Judge Janet E. Bostwick |

### NOTICE OF DISMISSAL UNDER 11 U.S.C. § 109(g)

You are hereby notified that an Order Dismissing the above case pursuant to 11 U.S.C. § 109(g) was entered on 2/25/2020 .

Date:3/11/2020

By the Court,

Cynthia Martin
Deputy Clerk
617–748–5323

35